UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA MARSHA JONES, | Case No. 1:16-cv-01024-BAM |
| Plaintiff, | |
| v. | ORDER RE STIPULATION FOR DISMISSAL |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 10) |
| Defendant. | |

Pursuant to the stipulation of the parties filed on December 28, 2016, this action is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __January 3, 2017__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1